UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

CHRISTOPHER COKER, :
         Petitioner, :
          :
    v. : No. 2:20-cv-02986
          :
BERNADETTE MASON, :
THE DISTRICT ATTORNEY OF THE COUNTY :
OF PHILADELPHIA, and THE ATTORNEY :
GENERAL OF THE STATE OF :
PENNSYLVANIA, :
         Respondents. :

# O R D E R

**AND NOW**, this 10th day of May, 2021, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

    1.    The Petitioner's objections to the Report and Recommendation, *see* ECF No. 13, are **OVERRULED.**

    2.    The Report and Recommendation, *see* ECF No. 8, is **APPROVED and ADOPTED.**

    3.    The petition for a writ of habeas corpus, *see* ECF No. 3, is **DENIED.**

    4.    This case is **CLOSED.**

    5.    There is no basis for the issuance of a certificate of appealability.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge